UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-cv-80048-AMC

MASTIN SNEAD

  Plaintiff,

vs.

626 AWI, LLC, 626 Holdings, LLC,
MICHAEL FISCHER, and PHILIP
REVIEN,

  Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Mastin Snead, and Defendants, 626 AWI, LLC, 626 Holdings, LLC, Michael Fischer, and Philip Revien (collectively, the "Parties"), pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida, hereby provide notice that the Parties have reached a settlement in this matter. The Parties will submit to the Court for *in camera* inspection and approval a copy of the Parties' FLSA Settlement Agreement, and will file a Joint Motion to Approve Settlement and Stipulation for Dismissal With Prejudice.

| | |
|---|---|
| **Dated**: June 18, 2021<br><br>/s/ *Jake Blumstein*<br>Jordan Richards, Esq. (FBN 108372)<br>Jordan@jordanrichardspllc.com<br>Jake Blumstein, Esq. (FBN 1017746)<br>Jake@jordanrichardspllc.com<br>**USA EMPLOYMENT LAWYERS-**<br>805 E. Broward Blvd., Suite 301<br>Fort Lauderdale, Florida 33301<br>Telephone: 954.871.0050<br><br>Counsel for Plaintiff. | Respectfully submitted,<br><br>/s/ *Jonathan A. Beckerman*<br>Jonathan A. Beckerman, Esq. (FBN 568252)<br>Jonathan.Beckerman@lewisbrisbois.com<br>Christopher T. Perré, Esq. (FBN 123902)<br>Christopher.Perre@lewisbrisbois.com<br>**Lewis Brisbois Bisgaard & Smith LLP**<br>110 SE 6th Street, Suite 2600<br>Fort Lauderdale, Florida 33301<br>Telephone: 954.728.1280<br><br>Counsel for Defendants. |

4850-2881-8159.1